IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LARRY LYDELL BELL, SR.,

    Plaintiff,

v.

CHERYL J. FEUERSTEIN, et al.,

    Defendants.

Case No. 3:17-cv-00075-YY

ORDER

YOU, Magistrate Judge.

The Court GRANTS Plaintiff's Motion for Voluntary Dismissal Without Prejudice (ECF No. 18).

IT IS SO ORDERED.

DATED this 7th day of August, 2017.

Youlee Yim You
United States Magistrate Judge

1 - ORDER -